A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on May 22, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 06, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION**

NewPage Wisconsin System, Inc. v. CMS Energy )
Resource Management Co., et al.,            )   MDL No. 1566
W.D. Wisconsin, C.A. No. 3:09-240            )

**CONDITIONAL TRANSFER ORDER (CTO-20)**

On November 6, 2003, the Panel transferred seven civil actions to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 290 F.Supp.2d 1376 (J.P.M.L. 2003). Since that time, 25 additional actions have been transferred to the District of Nevada. With the consent of that court, all such actions have been assigned to the Honorable Philip M. Pro.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Nevada and assigned to Judge Pro.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Nevada for the reasons stated in the order of November 6, 2003, and, with the consent of that court, assigned to the Honorable Philip M. Pro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 22, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on  May 22, 2009
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By /s/ Aaron Blazevich   Deputy Clerk