IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEWPAGE WISCONSIN SYSTEM, INC.,

                Plaintiff,

     v.

CMS ENERGY RESOURCE MANAGEMENT
COMPANY, et al.

                Defendants.

ORDER

09-cv-240-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       I am withdrawing from further participation in this case.

       Entered this 13th day of September, 2019.

                    BY THE COURT:


                    /s/
                    _____
                    BARBARA B. CRABB
                    District Judge